IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., | ) |
| | ) No. 01 C 3663 |
| | ) |
| Plaintiff, | ) Judge Pallmeyer |
| | ) |
| v. | ) Magistrate Judge Keys |
| | ) |
| PAN-AMERICAN BUILDING SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

<u>MOTION FOR ENTRY OF JUDGMENT</u>

NOW COMES Plaintiff, JAMES T. SULLIVAN, not individually but as a Trustee of Plumbers' Pension Fund, Local 130, U.A., etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and MEREDITH A. ILG, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Order entered December 20, 2001, moves the Court to enter Judgment in favor of Plaintiff and against Defendant, PAN-AMERICAN BUILDING SYSTEMS, INC., in the amount of $284,855.26. In support hereof, Plaintiff states:

1. On May 18, 2001, Plaintiff filed his Complaint pursuant to ERISA 29 U.S.C. §§ 1132 and 1145 and LMRA 29 U.S.C. § 185, and the Collective Bargaining Agreements ("CBA"), to obtain an audit and recover all unpaid contributions, interest, liquidated damages, professional fees, and court costs owed to Funds.

1

2. On May 24, 2001, Defendant was served with a copy of the Summons and Complaint. A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendant was required to answer and appear on or before June 13, 2001.

4. On December 20, 2001, the Court found Defendant in default and ordered Defendant to produce its books and records to Plaintiff for an accounting. The Court further retained jurisdiction to enter supplemental judgments in favor of Plaintiff and against Defendant for all contributions, interest, liquidated damage, professional fees and costs due Plaintiff. A true and correct copy of the Court's Order is attached hereto as Exhibit B.

5. The Funds' auditor certified public accounting firm of Kaplan & Company, conducted a compliance audit of Defendant's books and records and issued a Report of Audit Changes ("Audit"). The Audit reveals that for the period November 1, 2000, through December 31, 2001, Defendant failed to report and pay amounts due under the CBA on 6,980 hours of work. A true and correct copy of the Audit is attached as Exhibit C.

6. Based on the Audit and ERISA, 29 U.S.C. §1132, Plaintiff is entitled to recover on behalf of Funds, and Defendant owes the following:

| | |
|---|---|
| $112,171.68 - | Unpaid contributions per ERISA, 29 U.S.C. §1132(g)(2)(A) and §9.8 of CBA |
| $64,202.11 - | Interest on unpaid contributions per ERISA, 29 U.S.C., §1132(g)(2)(B) and §9.8 of CBA, which includes $41,685.80 set forth in Audit + $978.97/month for the period 1/15/05 to 12/28/06 |
| $64,202.11 - | Statutory double interest per ERISA, 29 U.S.C. §1132(g)(2)(C) |

| | |
|---|---|
| $5,211.18 - | Liquidated damages per §9.8 of CBA |
| $18,495.49 - | Attorneys' fees and costs per §1.6 of CBA and ERISA, 29 U.S.C. §1132(g)(2)(D), through current (see Affidavit of Douglas A. Lindsay, attached as Exhibit D) |
| $21,241.25 - | Audit costs per §1.6 of CBA and 29 U.S.C. §1132(g)(2)(E) (see Affidavit of Howard J. Kaplan, attached as Exhibit E) |
| $285,523.82 - | Total due as of 1/11/2007 |

7. A draft Judgment in a Civil Case is attached as Exhibit F.

WHEREFORE, Plaintiff, JAMES T. SULLIVAN, etc., requests the Court to enter Judgment in favor of Plaintiff and against Defendant, PAN-AMERICAN BUILDING SYSTEMS, INC., in the amount of $285,523.82, and award such other and further relief in favor of Plaintiff and against Defendant as the Court deems just.

James T. Sullivan, etc., by his attorneys, Douglas A. Lindsay, John W. Loseman, Lisa M. Simioni, and Meredith A. Ilg

By: /s/ Lisa M. Simioni
Lisa M. Simioni
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1248

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

3

| STATE OF ILLINOIS | ) |
| --- | --- |
|  | ) SS |
| COUNTY OF COOK | ) |

## PROOF OF SERVICE

CHRISTINE USYAK, being first duly sworn on oath, deposes and says that he/she served a copy of the foregoing MOTION FOR ENTRY OF JUDGMENT upon:

Pan-American Building Systems, Inc.
c/o Gerald A. Finkle, Registered Agent
3929 Chester Drive
Glenview, IL 60025

by sealing a true and correct copy thereof in an envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 N. Clark Street, Chicago, Illinois on January 3, 2007, before 4:30 p.m.

_____
Christine Usyak

Subscribed and sworn to
before me this 3rd day
of January, 2007.

_____
Notary Public

(Official Seal)

"OFFICIAL SEAL"
ELIZABETH L. KUSZAK
Notary Public, State of Illinois
My Commission Expires Aug. 15, 2009

LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200